UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
TIMOTHY WILLIAM HUDSON & MARY MARGARET HUDSON,

Bankruptcy Case No. 08-34446-DSO

Chapter 7
Hon. Daniel S. Opperman

Debtor(s)
_____/

SECOND NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $24.93 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| PYOC LLC | 1 | $2.07 |
| PYOC LLC | 2 | $1.32 |
| eCast Settlement | 6 | $3.59 |
| American InfoSource | 7 | $2.71 |
| Chase Bank USA | 8 | $4.27 |
| Chase Bank USA, NA | 10 | $4.93 |
| Verizon | 11 | $0.14 |
| Recovery Management | 12 | $1.16 |
| American Express | 13 | $1.95 |
| American Express | 14 | $1.95 |
| American Express | 15 | $0.84 |

Dated: February 9, 2010

/s/ Samuel D. Sweet
Samuel D. Sweet, Chapter 7 Trustee
P.O. Box 757
Ortonville, MI 48462-0757
248-236-0985
ssweet@trusteesweet.us